# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESHAWN CARTER,**                                                                                   **PLAINTIFF**
**ADC #239067**

v.                                    CASE NO. 4:22-cv-00130-BSM

**MANCE**                                                                                             **DEFENDANT**

## ORDER

DeShawn Carter has not responded to the February 16, 2022 order directing him to pay the $402 filing fee or file a complete Motion to Proceed *in forma pauperis*, and the time to do so has passed.  Doc. No. 2; Local Rule 5.5(c)(2).  Accordingly, his complaint is dismissed without prejudice for failure to prosecute.  An *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE