# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESHAWN CARTER,**                                                               **PLAINTIFF**
**ADC #239067**

**v.**                      **CASE NO. 4:22-cv-00130-BSM**

**MANCE**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE